IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. BANK EQUIPMENT FINANCE, a division of U.S. BANK NATIONAL ASSOCIATION, <br><br> Plaintiff, <br> v. <br><br> AZIM TRANSPORTATION, INC. AND AZIM MURADOV <br><br> Defendants. | Case No. 2:23-cv-03023-KNS |

## MOTION FOR ENTRY OF DEFAULT

Plaintiff, by and through counsel, moves pursuant to Rule 55(a), Federal Rules of Civil Procedure for the entry of the default in this matter and as grounds states as follows:

1. On August 7, 2023, Plaintiff filed a Complaint against both Defendants, Azim Transportation and Muradov.

2. Despite Plaintiff's diligent good faith efforts to effectuate service on Defendants, Plaintiff was unable to obtain personal service on Defendants.

3. On November 7, 2023, the Court granted Plaintiff's Motion for Extension of Time to Serve Defendants, allowing a 60-day extension to serve Defendants. *See* ECF. No. 6.

4. On January 5, 2024, the Court granted Plaintiff's Motion for a Second Extension of Time for Leave to Serve Defendants by Alternative Service.

5. Pursuant to the Court Order, legal notice of the Complaint was published in two publications: *the Bucks County Courier Times* on February 1, 2024 and *Bucks County Law Reporter* on February 8, 2024. A Copy of the proof of publication from *the Bucks County Courier Times* is attached hereto as **Exhibit 8**. A Copy of the proof of publication from *Bucks County Law Reporter* is attached hereto as **Exhibit 9**.

6. Rule 12(a)(1)(A), Federal Rules of Civil Procedure, requires a Defendant to serve a responsive pleading within twenty-one (21) days after service of the Summons and Complaint.

7. The time for Defendants to serve their responsive pleading expired on February 29, 2024.

8. Defendants have failed to file a responsive pleading, and for this reason, Plaintiff is entitled to entry of a default against Defendants for failure to plead.

WHEREFORE, the Plaintiff respectfully requests that the Clerk enter a default against Defendants for failure to plead.

**THE LAW OFFICES OF RONALD S. CANTER, LLC**

*/s/ Ronald S. Canter*
Ronald S. Canter, Esq., #94000
PA Bar #94000
200A Monroe Street, Suite 104
Rockville, Maryland 20850-4424
Telephone:  (301) 424-7490
Facsimile:   (301) 424-7470
E-Mail:  rcanter@roncanterllc.com
**Counsel for Plaintiff,**
**U.S. Bank National Association**
**d/b/a U.S. Bank Equipment Finance**

# Exhibit 8



Erie Times-News | The Intelligencer
Bucks County Courier Times
The Daily American | Beaver County Times
Pocono Record | Burlington County Times

PO Box 630531 Cincinnati, OH 45263-0531

## PROOF OF PUBLICATION

Ronald S Canter
200A Monroe Street, Suite 104
Rockville MD 20850

**STATE OF PENNSYLVANIA, COUNTY OF BUCKS**

The Bucks County Courier Times, a newspaper of general circulation, published and having its place of business at Levittown, Bucks County, PA; that said newspaper was established in 1910; that attached hereto is a facsimile of the printed notice which is exactly as printed and published in said newspaper issue dated on:

02/01/2024

That said newspaper was regularly issued and circulated on those dates.

Sworn to and subscribed before on 02/01/2024

_____
Legal Clerk

_____
Notary, State of WI, County of Brown

_____
My commision expires

| | |
|---|---|
| Publication Cost: | $347.31 |
| Order No: | 9777128 |
| Customer No: | 1343821 |
| PO #: | LSOM0054924 |

# of Copies: 0

THIS IS NOT AN INVOICE!

*Please do not use this form for payment remittance.*

```
AMY KOKOTT
Notary Public
State of Wisconsin
```

Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Case No. 2:23-cv-03023

U.S. BANK EQUIPMENT FINANCE,
a division of U.S. BANK NATIONAL ASSOCIATION,

Plaintiff,
v.

AZIM TRANSPORTATION, INC.
AND AZIM MURADOV
Defendants.

Parties: Plaintiff: U.S. Bank Equipment Finance
Defendant: Azim Transportation Inc. f/k/a Azim Trans Inc., a corporation
Defendant: Azim Muradov, an individual
Nature of Action: Civil Action Complaint for Breach of Contract

## NOTICE

**Attention: Defendants Azim Transportation Inc. f/k/a Azim Trans Inc., a corporation, and Azim Muradov, an individual**

**You have been sued in court.**

**If you wish to defend, you must enter a written appearance personally or by attorney and file your defenses or objections in writing with the court. You are warned that if you fail to do so, the case may proceed without you and a judgment may be entered against you without further notice for the relief requested by the plaintiff. You may lose money or property or other rights important to you.**

**YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.**

**IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.**

Philadelphia Bar Association
Lawyer Referral and Information Service
One Reading Center
Philadelphia, Pennsylvania 19107
215-238-6333

February 1 2024
LSOM0054924

# Exhibit 9

# BUCKS COUNTY LAW REPORTER

Doylestown, PA

Owned and Published by the Bucks County Bar Association

STATE OF PENNSYLVANIA,
COUNTY OF BUCKS

**Maureen Serpico** being duly sworn according to law deposes and says that she is Editor of the Bucks County Law Reporter, the legal publication designated by the several courts of Bucks County, Pennsylvania, as the official newspaper for the publication of legal notices in Bucks County, Pennsylvania, which was established in 1951; that the printed notice, a copy of which is attached hereto was published in said paper on the following dates: —

February 8, 2024

that your deponent is not interested in the subject matter of the notice so published and that all allegations of this statement as to the time, place and character of the publication are true.

_____
Editor

Sworn to and subscribed
before me this
8th day of February,
A.D. 2024

Commonwealth of Pennsylvania - Notary Seal
KRISTEN NORCROSS - Notary Public
Bucks County
My Commission Expires January 27, 2028
Commission Number 1364659

---

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CASE NO. 2:23-cv-03023
**U.S. BANK EQUIPMENT FINANCE, a division of U.S. BANK NATIONAL ASSOCIATION,** Plaintiff
v.
**AZIM TRANSPORTATION, INC. AND AZIM MURADOV,** Defendants

Parties: Plaintiff: U.S. Bank Equipment Finance; Defendant: Azim Transportation Inc. f/k/a Azim Trans Inc., a corporation; Defendant: Azim Muradov, an individual.

Nature of Action: Civil Action Complaint for Breach of Contract.

NOTICE

Attention: Defendants Azim Transportation Inc. f/k/a Azim Trans Inc., a corporation, and Azim Muradov, an individual.

You have been sued in court.

If you wish to defend, you must enter a written appearance personally or by attorney and file your defenses or objections in writing with the court. You are warned that if you fail to do so, the case may proceed without you and a judgment may be entered against you without further notice for the relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

Philadelphia Bar Association
Lawyer Referral and Information Service
One Reading Center
Philadelphia, PA 19107
(215) 238-6333

Feb. 8